**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meridian PO Finance LLC, | No. CV-20-00446-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| OTR Tire Group Incorporated, et al., | |
| Defendants. | |

Defendant Chris Dellinges Moves to Dismiss the Complaint against him for these reasons:

1. "[F]ailure to state a claim on which [relief] would be granted" under Rule 12(b)(6), Fed. R. Civ. P. (Doc. 15 at 2 ¶ 1.)

2. "Plaintiff's claims of fraud and RICO violations against Defendant Dellinges should be dismissed in that they fail to meet the heightened standard of particularity as required by Fed. R. Civ. P. 9(b)." (*Id*. at 2 ¶ 3.)

3. "[L]ack of personal jurisdiction over Defendant Dellinges" under Rule 12(b)(2), Fed. R. Civ. P. (*Id*. at 2 ¶¶ 4.)

4. That venue is more appropriate in the United States District Court for the Northern or Southern District of Texas. (*Id*. at 2 ¶¶ 2, 5.)

Mr. Dellinges does not provide any argument or legal authorities to support any of these theories. Nor does he state with specificity why the Complaint is deficient for any of the grounds asserted. "[A] party waives those arguments that its opening brief inadequately

addresses." *Harsco Corp. v. Renner*, 475 F.3d 1179, 1190 (10th Cir. 2007). The Motion does not develop any of the legal theories raised in it and so the Court declines to consider them.

Accordingly,

**IT IS ORDERED** that, as far as the Motion seeks dismissal under Rule 9(b) and Rule 12(b)(2) and (6), Fed. R. Civ. P. it is denied. (Part of Doc. 15.)

**IT IS FURTHER ORDERED** that, as far as the Motion seeks a transfer of venue, the Court will consider that request together with Defendant XPO Global, et al.'s, pending Motion for Transfer of Venue or Stay (Doc. 25). (Part of Doc. 15.)

Dated this 10th day of August, 2020.

Michael T. Liburdi
United States District Judge